476

Frances Ann Kremer, Minor, by Albert E. Kremer, Her Father and Next Friend, Appellee, v. The Vim Company, Appellant.

Gen. No. 41,187.

opinion filed June 19, 1940; rehearing denied September 10, 1940. Schuyler & Hennessy, for appellant; Lawrence Nelson, Jr., and Jay Stough, of counsel; W. A. Leopold and Julius F. Trefz, for appellee, Friedberg & Bublick, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''